IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOYCE SUZANNE MURPHY,

    Plaintiff,

v.

STATE OF WISCONSIN DEPT. OF
JUSTICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-114-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant State of Wisconsin Dept. of Justice granting its motion to dismiss plaintiff's case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_       9/30/10
Peter Oppeneer, Clerk of Court      Date